PAUL EVANGELISTA PC
110A MEADOWLANDS PARKWAY
SUITE 101
SECAUCUS, NJ  07094

Re:  AUSTIN MASSER
JOANN MASSER
54 GARRETSON AVENUE
TOTOWA, NJ  07512

Atty:  PAUL EVANGELISTA PC
110A MEADOWLANDS PARKWAY
SUITE 101
SECAUCUS, NJ  07094

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-20647

**NOTE:** THIS IS A BASE PLAN IN THE AMOUNT OF $12,420.00

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/06/2020 | $345.00 | 26597549351 | 11/02/2020 | $345.00 | 7196115000 |
| 11/30/2020 | $345.00 | 7268096000 | 12/31/2020 | $345.00 | 7340427000 |

**Total Receipts: $1,380.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $1,380.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 103.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,850.00 | 100.00% | 957.36 | 1,892.64 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 638.62 | * | 0.00 | |
| 0002 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 2,052.56 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,592.24 | * | 0.00 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 660.96 | * | 0.00 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 1,915.15 | * | 0.00 | |
| 0010 | LVNV FUNDING LLC | UNSECURED | 1,073.69 | * | 0.00 | |
| 0012 | DISCOVER BANK | UNSECURED | 804.45 | * | 0.00 | |
| 0013 | VIVE FINANCIAL | UNSECURED | 134.89 | * | 0.00 | |
| 0015 | HSBC BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HACKENSACK MERIDIAN HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CITIBANK NA | UNSECURED | 266.49 | * | 0.00 | |
| 0019 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 301.27 | * | 0.00 | |
| 0020 | LENDING CLUB CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MERRICK BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | FAIR SQUARE FINANCIAL LLC | UNSECURED | 367.46 | * | 0.00 | |
| 0025 | ONEMAIN | UNSECURED | 9,041.95 | * | 0.00 | |

**Chapter 13 Case # 20-20647**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0027 | QUICKEN LOANS INC | MORTGAGE ARRE | 110.69 | 100.00% | 0.00 | |
| 0028 | SECRETARY OF HOUSING AND | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 283.32 | * | 0.00 | |
| 0032 | TD BANK USA NA | UNSECURED | 89.10 | * | 0.00 | |
| 0034 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.77 | * | 0.00 | |
| 0038 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 575.47 | * | 0.00 | |
| 0039 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 304.04 | * | 0.00 | |
| 0040 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,099.24 | * | 0.00 | |
| 0041 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | COMENITY CAPITAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | CITIBANK NA | UNSECURED | 376.06 | * | 0.00 | |
| 0044 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,540.20 | * | 0.00 | |
| 0045 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,547.46 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,066.59 | * | 0.00 | |
| 0048 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 192.74 | * | 0.00 | |

**Total Paid: $1,060.88**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $1,380.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,060.88    =    Funds on Hand: $319.12

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.