SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470


Re:  AUSTIN MASSER                              Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     JOANN MASSER                                      1599 HAMBURG TURNPIKE
     54 GARRETSON AVENUE                               WAYNE, NJ  07470
     TOTOWA,  NJ  07512


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 20-20647

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,420.00**

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/06/2020 | $345.00 | 26597549351 | 11/02/2020 | $345.00 | 7196115000 |
| 11/30/2020 | $345.00 | 7268096000 | 12/31/2020 | $345.00 | 7340427000 |
| 02/01/2021 | $345.00 | 7419122000 | 03/01/2021 | $345.00 | 7488258000 |
| 04/01/2021 | $345.00 | 7564633000 | 04/28/2021 | $345.00 | 7627933000 |
| 05/28/2021 | $345.00 | 7699561000 | 06/28/2021 | $345.00 | 7767635000 |
| 07/30/2021 | $345.00 | 7839973000 | 08/27/2021 | $345.00 | 7903772000 |
| 09/29/2021 | $345.00 | 7974679000 | 10/28/2021 | $345.00 | 8042457000 |
| 11/29/2021 | $345.00 | 8107397000 | 12/28/2021 | $345.00 | 8169933000 |

**Total Receipts: $5,520.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,520.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 09/20/2021 | $11.45 | 877,315 | | 10/18/2021 | $6.56 | 879,092 |
| | 11/17/2021 | $6.57 | 880,803 | | 12/13/2021 | $6.64 | 882,439 |
| | 01/10/2022 | $6.64 | 884,092 | | | | |
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 08/16/2021 | $8.40 | 875,668 | | 09/20/2021 | $11.31 | 877,399 |
| | 10/18/2021 | $11.30 | 879,180 | | 11/17/2021 | $11.30 | 880,885 |
| | 12/13/2021 | $11.43 | 882,521 | | 01/10/2022 | $11.42 | 884,176 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 09/20/2021 | $10.32 | 877,401 | | 09/20/2021 | $5.45 | 877,401 |
| | 10/18/2021 | $5.91 | 879,182 | | 11/17/2021 | $5.92 | 880,887 |
| | 11/17/2021 | $6.25 | 880,887 | | 12/13/2021 | $5.98 | 882,523 |
| | 01/10/2022 | $5.98 | 884,178 | | 01/10/2022 | $6.32 | 884,178 |

**Chapter 13 Case # 20-20647**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 08/16/2021 | $15.68 | 875,364 | | 09/20/2021 | $21.11 | 877,078 |
| | 09/20/2021 | $6.74 | 877,078 | | 10/18/2021 | $21.11 | 878,862 |
| | 10/18/2021 | $7.52 | 878,862 | | 11/17/2021 | $21.11 | 880,566 |
| | 11/17/2021 | $7.73 | 880,566 | | 12/13/2021 | $21.34 | 882,202 |
| | 12/13/2021 | $5.50 | 882,202 | | 01/10/2022 | $21.33 | 883,859 |
| | 01/10/2022 | $7.83 | 883,859 | | | | |
| DISCOVER BANK | | | | | | | |
| | 08/16/2021 | $6.14 | 875,765 | | 09/20/2021 | $8.28 | 877,508 |
| | 10/18/2021 | $8.27 | 879,277 | | 11/17/2021 | $8.27 | 880,988 |
| | 12/13/2021 | $8.37 | 882,619 | | 01/10/2022 | $8.36 | 884,271 |
| FAIR SQUARE FINANCIAL LLC | | | | | | | |
| | 09/20/2021 | $6.59 | 876,962 | | 11/17/2021 | $7.55 | 880,457 |
| | 01/10/2022 | $7.65 | 883,752 | | | | |
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 08/16/2021 | $19.40 | 875,944 | | 09/20/2021 | $5.40 | 877,694 |
| | 09/20/2021 | $26.12 | 877,694 | | 10/18/2021 | $26.14 | 879,442 |
| | 11/17/2021 | $6.19 | 881,157 | | 11/17/2021 | $26.12 | 881,157 |
| | 12/13/2021 | $26.40 | 882,783 | | 01/10/2022 | $6.27 | 884,431 |
| | 01/10/2022 | $26.40 | 884,431 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/16/2021 | $8.20 | 875,972 | | 09/20/2021 | $11.04 | 877,723 |
| | 10/18/2021 | $11.05 | 879,469 | | 11/17/2021 | $11.04 | 881,183 |
| | 12/13/2021 | $11.16 | 882,807 | | 01/10/2022 | $11.16 | 884,453 |
| ONEMAIN | | | | | | | |
| | 08/16/2021 | $69.07 | 875,153 | | 09/20/2021 | $92.99 | 876,873 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/16/2021 | $27.44 | 8,002,383 | | 08/16/2021 | $11.82 | 8,002,383 |
| | 08/16/2021 | $23.42 | 8,002,383 | | 09/20/2021 | $36.94 | 8,002,432 |
| | 09/20/2021 | $5.07 | 8,002,432 | | 09/20/2021 | $10.91 | 8,002,432 |
| | 09/20/2021 | $15.91 | 8,002,432 | | 09/20/2021 | $31.54 | 8,002,432 |
| | 10/18/2021 | $36.95 | 8,002,481 | | 10/18/2021 | $92.99 | 8,002,481 |
| | 10/18/2021 | $6.27 | 8,002,481 | | 10/18/2021 | $15.92 | 8,002,481 |
| | 10/18/2021 | $31.54 | 8,002,481 | | 11/17/2021 | $36.94 | 8,002,529 |
| | 11/17/2021 | $93.00 | 8,002,529 | | 11/17/2021 | $5.84 | 8,002,529 |
| | 11/17/2021 | $6.25 | 8,002,529 | | 11/17/2021 | $15.92 | 8,002,529 |
| | 11/17/2021 | $31.54 | 8,002,529 | | 12/13/2021 | $37.34 | 8,002,581 |
| | 12/13/2021 | $93.98 | 8,002,581 | | 12/13/2021 | $6.33 | 8,002,581 |
| | 12/13/2021 | $16.08 | 8,002,581 | | 12/13/2021 | $31.88 | 8,002,581 |
| | 01/10/2022 | $37.33 | 8,002,633 | | 01/10/2022 | $16.08 | 8,002,633 |
| | 01/10/2022 | $31.87 | 8,002,633 | | 01/10/2022 | $93.97 | 8,002,633 |
| | 01/10/2022 | $5.88 | 8,002,633 | | 01/10/2022 | $6.33 | 8,002,633 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/16/2021 | $5.05 | 875,516 | | 08/16/2021 | $14.63 | 875,516 |
| | 09/20/2021 | $6.80 | 877,239 | | 09/20/2021 | $19.70 | 877,239 |
| | 10/18/2021 | $6.79 | 879,023 | | 10/18/2021 | $19.68 | 879,023 |
| | 11/17/2021 | $6.80 | 880,722 | | 11/17/2021 | $19.71 | 880,722 |
| | 12/13/2021 | $6.87 | 882,352 | | 12/13/2021 | $19.91 | 882,352 |
| | 01/10/2022 | $6.87 | 884,011 | | 01/10/2022 | $19.90 | 884,011 |
| QUICKEN LOANS INC | | | | | | | |
| | 07/19/2021 | $27.26 | 874,484 | | 08/16/2021 | $83.43 | 876,194 |
| TD BANK USA NA | | | | | | | |
| | 01/10/2022 | $5.29 | 884,978 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 10/18/2021 | $5.44 | 878,881 | | 01/10/2022 | $5.98 | 883,880 |

**Chapter 13 Case # 20-20647**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VIVE FINANCIAL | 11/17/2021 | $5.20 | 880,683 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 362.29 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,850.00 | 100.00% | 2,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 638.62 | * | 37.86 | |
| 0002 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 2,052.56 | * | 121.68 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,592.24 | * | 212.94 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 660.96 | * | 39.18 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 1,915.15 | * | 113.53 | |
| 0010 | LVNV FUNDING LLC | UNSECURED | 1,073.69 | * | 63.65 | |
| 0012 | DISCOVER BANK | UNSECURED | 804.45 | * | 47.69 | |
| 0013 | VIVE FINANCIAL | UNSECURED | 134.89 | * | 5.20 | |
| 0015 | HSBC BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HACKENSACK MERIDIAN HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CITIBANK NA | UNSECURED | 266.49 | * | 13.02 | |
| 0019 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 301.27 | * | 17.86 | |
| 0020 | LENDING CLUB CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MERRICK BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | FAIR SQUARE FINANCIAL LLC | UNSECURED | 367.46 | * | 21.79 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,041.95 | * | 536.00 | |
| 0027 | QUICKEN LOANS INC | MORTGAGE ARRE | 110.69 | 100.00% | 110.69 | |
| 0028 | U.S. DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 283.32 | * | 16.79 | |
| 0032 | TD BANK USA NA | UNSECURED | 89.10 | * | 5.29 | |
| 0034 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.77 | * | 36.09 | |
| 0038 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 575.47 | * | 34.11 | |
| 0039 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 304.04 | * | 18.02 | |
| 0040 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,099.24 | * | 65.16 | |
| 0041 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | COMENITY CAPITAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | CITIBANK NA | UNSECURED | 376.06 | * | 22.30 | |
| 0044 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,540.20 | * | 150.58 | |
| 0045 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,547.46 | * | 91.73 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,066.59 | * | 181.79 | |
| 0048 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 192.74 | * | 11.42 | |

**Total Paid:  $5,186.66**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $5,520.00    -    Paid to Claims: $1,974.37    -    Admin Costs Paid: $3,212.29    =    Funds on Hand: $333.34

**Chapter 13 Case # 20-20647**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.