# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: **AUSTIN MASSER and JOANN MASSER**

Case No.: **20-20647**
Chapter: **13**
Judge: **VFP**

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Austin Masser and Joann Masser__, __Debtors__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable **Vincent F. Papalia** on **February 1, 2024** at **10:00** a.m. at the United States Bankruptcy Court, courtroom no. **3B**, **50 Walnut Street Newark, NJ 07102** (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** Workers Compensation action against New Jersey Sports & Exposition Authority, Case No. 2015-17769

**Pertinent terms of settlement:** Gross settlement payment to the Debtors in the amount of $135,000.00. 20% ($27,000 maximum) for attorneys' fees related to the workers compensation claim incurred by retained special counsel. Expenses in the amount of $1,277.96 incurred by retained special counsel.

Objections must be served on, and requests for additional information directed to:

Name: Paul S. Evangelista, Esq.

Address: 1599 Hamburg Turnpike Suite A Wayne, NJ 07470

Telephone No.: (973)870-0434

*rev.8/1/15*