UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: __20-20647__
AUSTIN MASSER and JOANN MASSER     Chapter: __13__
    Judge: __VFP__

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Austin Masser and Joann Masser__, __Debtors__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __February 1, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street Newark, NJ 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Workers Compensation action against New Jersey Sports & Exposition Authority, Case No. 2015-17769

Pertinent terms of settlement: Gross settlement payment to the Debtors in the amount of $135,000.00. 20% ($27,000 maximum) for attorneys' fees related to the workers compensation claim incurred by retained special counsel. Expenses in the amount of $1,277.96 incurred by retained special counsel.

Objections must be served on, and requests for additional information directed to:

Name: Paul S. Evangelista, Esq.

Address: 1599 Hamburg Turnpike Suite A Wayne, NJ 07470

Telephone No.: (973)870-0434

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Austin Masser  
Joann Masser  
    Debtors

Case No. 20-20647-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 03, 2024      Form ID: pdf905      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Austin Masser, Joann Masser, 54 Garretson Avenue, Totowa, NJ 07512-2469 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518958713 | | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518958720 | + | Hackensack Meridian Health, 60 Second Street, 4th Fl., Hackensack, NJ 07601-2050 |
| 518958728 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 03 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 03 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 21:22:51 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518958708 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2024 21:06:20 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518982856 | | Email/PDF: bncnotices@becket-lee.com | Jan 03 2024 21:06:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518958709 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 03 2024 20:48:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 518958710 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 20:55:08 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 518958711 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2024 21:06:47 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518968829 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2024 20:55:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518987240 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2024 20:55:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518958712 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2024 21:21:18 | Capital One, N.A., 1680 Capital 1 Drive, McLean, VA 22102-3407 |
| 518958714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 21:06:32 | Citibank, N.A., 399 Park Avenue, New York, NY 10022-4614 |
| 519023420 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 21:06:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 20-20647-VFP    Doc 36    Filed 01/05/24    Entered 01/06/24 00:17:20    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: pdf905 | Total Noticed: 61 |

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 518958715 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2024 20:48:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518958716 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 03 2024 20:48:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Colombus, OH 43218-3043 |
| 518958718 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2024 20:55:32 | Credit One Bank, N.A., 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 518958717 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 03 2024 20:55:55 | Credit One Bank, N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 518958719 | | Email/Text: mrdiscen@discover.com | Jan 03 2024 20:47:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 518964680 | | Email/Text: mrdiscen@discover.com | Jan 03 2024 20:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518992563 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 03 2024 20:55:54 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518958723 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 03 2024 20:47:00 | HSBC, 452 Fifth Avenue, New York, NY 10018-2790 |
| 518958724 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 03 2024 20:47:00 | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 518958722 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2024 20:55:08 | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 518958725 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 03 2024 20:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519026817 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 03 2024 20:47:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 518958726 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 03 2024 20:47:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519025629 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2024 20:55:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518958727 | + | Email/Text: Documentfiling@lciinc.com | Jan 03 2024 20:47:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 518958729 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 03 2024 21:06:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518964289 | | Email/PDF: cbp@omf.com | Jan 03 2024 21:22:52 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518958731 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 03 2024 20:55:03 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 518958732 | | Email/PDF: cbp@omf.com | Jan 03 2024 20:55:56 | OneMain, PO Box 3327, Evansville, IN 47732-3327 |
| 518958733 | + | Email/PDF: cbp@omf.com | Jan 03 2024 20:55:26 | OneMain Financial, 601 NW Second St., Evansville, IN 47708-1013 |
| 519309700 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 20:55:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519309701 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 21:06:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519026332 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 20:55:34 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519018455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 21:21:27 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

Case 20-20647-VFP    Doc 36    Filed 01/05/24    Entered 01/06/24 00:17:20    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: pdf905 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 519026335 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 21:06:24 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519026293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2024 21:06:24 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519024047 | | Email/Text: bnc-quantum@quantum3group.com | Jan 03 2024 20:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519024048 | | Email/Text: bnc-quantum@quantum3group.com | Jan 03 2024 20:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518958734 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 03 2024 20:48:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519020912 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 03 2024 20:48:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518958730 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 03 2024 20:47:00 | New Jersey Division of Taxation, Compliance/Enforcement, Bankruptcy Unit, 50 Barrack Street, 9th Fl., PO Box 245, Trenton, NJ 08695-0267 |
| 518958735 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 03 2024 20:55:04 | Secretary of Housing and, Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 518958736 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 21:06:41 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518958737 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 21:06:48 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 518960185 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 03 2024 21:06:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519014788 | + | Email/Text: bncmail@w-legal.com | Jan 03 2024 20:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518958739 | ^ | MEBN | Jan 03 2024 20:48:53 | TD Bank USA, N.A., 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 518958738 | | Email/Text: bncmail@w-legal.com | Jan 03 2024 20:48:00 | Target Card Services, PO Box 1581, Minneapolis, MN 55440-1581 |
| 519112733 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 03 2024 20:55:04 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518958740 | + | Email/Text: edbknotices@ecmc.org | Jan 03 2024 20:48:00 | US Department of Education, 400 Maryland Avenue, SW, Washington, D.C. 20202-0001 |
| 518958721 | | Email/Text: bankruptcynotices@vivecard.com | Jan 03 2024 20:47:00 | HC Credit, 380 W Data Dr Suite 200, Draper, UT 84020-2308 |
| 518965299 | | Email/Text: bankruptcynotices@vivecard.com | Jan 03 2024 20:47:00 | Vive Financial, 380 Data Drive, Suite #200, Draper UT, 84020 |
| 519022007 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 03 2024 20:56:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C. Nicholas | on behalf of Creditor QUICKEN LOANS LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| David L. Stevens | on behalf of Debtor Austin Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| David L. Stevens | on behalf of Joint Debtor Joann Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7