SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  AUSTIN MASSER                                 Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     JOANN MASSER                                          1599 HAMBURG TURNPIKE
     54 GARRETSON AVENUE                                   WAYNE, NJ  07470
     TOTOWA,  NJ  07512

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 20-20647

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,420.00**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/06/2020 | $345.00 | 26597549351 | 11/02/2020 | $345.00 | 7196115000 |
| 11/30/2020 | $345.00 | 7268096000 | 12/31/2020 | $345.00 | 7340427000 |
| 02/01/2021 | $345.00 | 7419122000 | 03/01/2021 | $345.00 | 7488258000 |
| 04/01/2021 | $345.00 | 7564633000 | 04/28/2021 | $345.00 | 7627933000 |
| 05/28/2021 | $345.00 | 7699561000 | 06/28/2021 | $345.00 | 7767635000 |
| 07/30/2021 | $345.00 | 7839973000 | 08/27/2021 | $345.00 | 7903772000 |
| 09/29/2021 | $345.00 | 7974679000 | 10/28/2021 | $345.00 | 8042457000 |
| 11/29/2021 | $345.00 | 8107397000 | 12/28/2021 | $345.00 | 8169933000 |
| 01/24/2022 | $345.00 | 8229370000 | 02/23/2022 | $345.00 | 8291743000 |
| 03/28/2022 | $345.00 | 8365892000 | 05/02/2022 | $345.00 | 8431023000 |
| 05/31/2022 | $345.00 | 8491658000 | 06/27/2022 | $345.00 | 8551872000 |
| 07/25/2022 | $345.00 | 8602759000 | 08/29/2022 | $345.00 | 8673810000 |
| 09/26/2022 | $345.00 | 8723510000 | 10/28/2022 | $345.00 | 8790770000 |
| 11/28/2022 | $345.00 | 8848556000 | 12/28/2022 | $345.00 | 8901605000 |
| 01/23/2023 | $345.00 | 8955255000 | 02/27/2023 | $345.00 | 9020189000 |
| 03/24/2023 | $345.00 | 9070282000 | 04/24/2023 | $345.00 | 9127630000 |
| 05/30/2023 | $345.00 | 9190820000 | 07/06/2023 | $345.00 | |
| 07/31/2023 | $345.00 | | 09/05/2023 | $345.00 | |
| 10/03/2023 | $345.00 | | 10/30/2023 | $345.00 | |
| 11/28/2023 | $345.00 | | | | |

**Total Receipts: $13,455.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $13,455.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 09/20/2021 | $11.45 | 877,315 | 10/18/2021 | $6.56 | 879,092 |

**Chapter 13 Case # 20-20647**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/17/2021 | $6.57 | 880,803 | | 12/13/2021 | $6.64 | 882,439 |
| | 01/10/2022 | $6.64 | 884,092 | | 02/14/2022 | $6.63 | 885,782 |
| | 03/14/2022 | $6.65 | 887,496 | | 04/18/2022 | $6.63 | 889,191 |
| | 05/16/2022 | $6.74 | 890,904 | | 06/20/2022 | $6.75 | 892,588 |
| | 07/18/2022 | $6.74 | 894,320 | | 08/15/2022 | $6.74 | 895,883 |
| | 09/19/2022 | $6.74 | 897,486 | | 10/17/2022 | $6.75 | 899,159 |
| | 11/14/2022 | $6.74 | 900,736 | | 12/12/2022 | $6.60 | 902,291 |
| | 01/09/2023 | $6.60 | 903,778 | | 02/13/2023 | $6.61 | 905,299 |
| | 03/13/2023 | $6.60 | 906,913 | | 04/17/2023 | $6.60 | 908,498 |
| | 05/15/2023 | $6.61 | 910,130 | | 06/12/2023 | $6.60 | 911,592 |
| | 07/17/2023 | $13.06 | 913,105 | | 08/14/2023 | $6.53 | 914,621 |
| | 09/18/2023 | $6.54 | 916,122 | | | | |
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 08/16/2021 | $8.40 | 875,668 | | 09/20/2021 | $11.31 | 877,399 |
| | 10/18/2021 | $11.30 | 879,180 | | 11/17/2021 | $11.30 | 880,885 |
| | 12/13/2021 | $11.43 | 882,521 | | 01/10/2022 | $11.42 | 884,176 |
| | 02/14/2022 | $11.43 | 885,866 | | 03/14/2022 | $11.42 | 887,572 |
| | 04/18/2022 | $11.43 | 889,282 | | 05/16/2022 | $11.61 | 890,984 |
| | 06/20/2022 | $11.60 | 892,672 | | 07/18/2022 | $11.61 | 894,394 |
| | 08/15/2022 | $11.60 | 895,968 | | 09/19/2022 | $11.61 | 897,565 |
| | 10/17/2022 | $11.61 | 899,232 | | 11/14/2022 | $11.59 | 900,808 |
| | 12/12/2022 | $11.37 | 902,364 | | 01/09/2023 | $11.37 | 903,846 |
| | 02/13/2023 | $11.37 | 905,376 | | 03/13/2023 | $11.36 | 906,989 |
| | 04/17/2023 | $11.37 | 908,575 | | 05/15/2023 | $11.36 | 910,195 |
| | 06/12/2023 | $11.37 | 911,659 | | 07/17/2023 | $22.48 | 913,180 |
| | 08/14/2023 | $11.25 | 914,698 | | 09/18/2023 | $11.25 | 916,194 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 09/20/2021 | $10.32 | 877,401 | | 09/20/2021 | $5.45 | 877,401 |
| | 10/18/2021 | $5.91 | 879,182 | | 11/17/2021 | $5.92 | 880,887 |
| | 11/17/2021 | $6.25 | 880,887 | | 12/13/2021 | $5.98 | 882,523 |
| | 01/10/2022 | $5.98 | 884,178 | | 01/10/2022 | $6.32 | 884,178 |
| | 02/14/2022 | $5.99 | 885,868 | | 03/14/2022 | $5.98 | 887,574 |
| | 03/14/2022 | $6.33 | 887,574 | | 04/18/2022 | $5.98 | 889,284 |
| | 05/16/2022 | $6.08 | 890,986 | | 05/16/2022 | $6.36 | 890,986 |
| | 06/20/2022 | $6.07 | 892,674 | | 07/18/2022 | $6.07 | 894,396 |
| | 07/18/2022 | $6.42 | 894,396 | | 08/15/2022 | $6.08 | 895,970 |
| | 09/19/2022 | $6.08 | 897,567 | | 09/19/2022 | $6.42 | 897,567 |
| | 10/17/2022 | $6.07 | 899,234 | | 11/14/2022 | $6.08 | 900,810 |
| | 11/14/2022 | $6.43 | 900,810 | | 12/12/2022 | $5.95 | 902,366 |
| | 01/09/2023 | $5.95 | 903,848 | | 01/09/2023 | $6.28 | 903,848 |
| | 02/13/2023 | $5.95 | 905,378 | | 03/13/2023 | $5.95 | 906,991 |
| | 03/13/2023 | $6.29 | 906,991 | | 04/17/2023 | $5.95 | 908,577 |
| | 05/15/2023 | $5.95 | 910,198 | | 05/15/2023 | $6.28 | 910,198 |
| | 06/12/2023 | $5.94 | 911,662 | | 07/17/2023 | $11.78 | 913,183 |
| | 07/17/2023 | $9.37 | 913,183 | | 08/14/2023 | $5.89 | 914,701 |
| | 09/18/2023 | $5.88 | 916,197 | | 09/18/2023 | $6.22 | 916,197 |

**Chapter 13 Case # 20-20647**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 08/16/2021 | $15.68 | 875,364 | | 09/20/2021 | $21.11 | 877,078 |
| | 09/20/2021 | $6.74 | 877,078 | | 10/18/2021 | $21.11 | 878,862 |
| | 10/18/2021 | $7.52 | 878,862 | | 11/17/2021 | $21.11 | 880,566 |
| | 11/17/2021 | $7.73 | 880,566 | | 12/13/2021 | $21.34 | 882,202 |
| | 12/13/2021 | $5.50 | 882,202 | | 01/10/2022 | $21.33 | 883,859 |
| | 01/10/2022 | $7.83 | 883,859 | | 02/14/2022 | $21.33 | 885,533 |
| | 02/14/2022 | $5.55 | 885,533 | | 03/14/2022 | $21.34 | 887,256 |
| | 03/14/2022 | $7.81 | 887,256 | | 04/18/2022 | $21.33 | 888,920 |
| | 04/18/2022 | $5.53 | 888,920 | | 05/16/2022 | $21.67 | 890,662 |
| | 05/16/2022 | $7.88 | 890,662 | | 06/20/2022 | $21.67 | 892,328 |
| | 06/20/2022 | $5.64 | 892,328 | | 07/18/2022 | $7.94 | 894,077 |
| | 07/18/2022 | $21.68 | 894,077 | | 08/15/2022 | $21.66 | 895,642 |
| | 08/15/2022 | $5.62 | 895,642 | | 09/19/2022 | $7.94 | 897,223 |
| | 09/19/2022 | $21.67 | 897,223 | | 10/17/2022 | $21.67 | 898,904 |
| | 10/17/2022 | $5.63 | 898,904 | | 11/14/2022 | $21.67 | 900,469 |
| | 11/14/2022 | $7.95 | 900,469 | | 12/12/2022 | $21.23 | 902,041 |
| | 12/12/2022 | $5.57 | 902,041 | | 01/09/2023 | $21.21 | 903,534 |
| | 01/09/2023 | $7.77 | 903,534 | | 02/13/2023 | $21.23 | 905,036 |
| | 02/13/2023 | $5.51 | 905,036 | | 03/13/2023 | $21.21 | 906,652 |
| | 03/13/2023 | $7.78 | 906,652 | | 04/17/2023 | $5.51 | 908,217 |
| | 04/17/2023 | $21.23 | 908,217 | | 05/15/2023 | $7.78 | 909,863 |
| | 05/15/2023 | $21.23 | 909,863 | | 06/12/2023 | $21.22 | 911,319 |
| | 06/12/2023 | $5.51 | 911,319 | | 07/17/2023 | $41.99 | 912,838 |
| | 07/17/2023 | $11.57 | 912,838 | | 07/17/2023 | $5.45 | 912,838 |
| | 08/14/2023 | $21.00 | 914,357 | | 09/18/2023 | $21.00 | 915,853 |
| | 09/18/2023 | $5.45 | 915,853 | | 09/18/2023 | $7.69 | 915,853 |
| DISCOVER BANK | | | | | | | |
| | 08/16/2021 | $6.14 | 875,765 | | 09/20/2021 | $8.28 | 877,508 |
| | 10/18/2021 | $8.27 | 879,277 | | 11/17/2021 | $8.27 | 880,988 |
| | 12/13/2021 | $8.37 | 882,619 | | 01/10/2022 | $8.36 | 884,271 |
| | 02/14/2022 | $8.36 | 885,969 | | 03/14/2022 | $8.36 | 887,671 |
| | 04/18/2022 | $8.36 | 889,386 | | 05/16/2022 | $8.50 | 891,079 |
| | 06/20/2022 | $8.49 | 892,775 | | 07/18/2022 | $8.50 | 894,487 |
| | 08/15/2022 | $8.48 | 896,062 | | 09/19/2022 | $8.49 | 897,670 |
| | 10/17/2022 | $8.51 | 899,327 | | 11/14/2022 | $8.49 | 900,907 |
| | 12/12/2022 | $8.31 | 902,451 | | 01/09/2023 | $8.32 | 903,939 |
| | 02/13/2023 | $8.32 | 905,477 | | 03/13/2023 | $8.31 | 907,088 |
| | 04/17/2023 | $8.32 | 908,693 | | 05/15/2023 | $8.32 | 910,293 |
| | 06/12/2023 | $8.32 | 911,766 | | 07/17/2023 | $16.45 | 913,286 |
| | 08/14/2023 | $8.23 | 914,804 | | 09/18/2023 | $8.23 | 916,299 |
| FAIR SQUARE FINANCIAL LLC | | | | | | | |
| | 09/20/2021 | $6.59 | 876,962 | | 11/17/2021 | $7.55 | 880,457 |
| | 01/10/2022 | $7.65 | 883,752 | | 03/14/2022 | $7.63 | 887,152 |
| | 05/16/2022 | $7.70 | 890,563 | | 07/18/2022 | $7.76 | 893,975 |
| | 09/19/2022 | $7.76 | 897,118 | | 11/14/2022 | $7.76 | 900,377 |
| | 01/09/2023 | $7.59 | 903,445 | | 03/13/2023 | $7.61 | 906,577 |
| | 05/15/2023 | $7.60 | 909,793 | | 07/17/2023 | $11.32 | 912,779 |
| | 09/18/2023 | $7.51 | 915,791 | | | | |

**Chapter 13 Case # 20-20647**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| KOHL'S PERITUS PORTFOLIO SERVICES II, LLC | | | | | | | |
| | 08/16/2021 | $19.40 | 875,944 | | 09/20/2021 | $5.40 | 877,694 |
| | 09/20/2021 | $26.12 | 877,694 | | 10/18/2021 | $26.14 | 879,442 |
| | 11/17/2021 | $6.19 | 881,157 | | 11/17/2021 | $26.12 | 881,157 |
| | 12/13/2021 | $26.40 | 882,783 | | 01/10/2022 | $6.27 | 884,431 |
| | 01/10/2022 | $26.40 | 884,431 | | 02/14/2022 | $26.41 | 886,136 |
| | 03/14/2022 | $6.26 | 887,839 | | 03/14/2022 | $26.40 | 887,839 |
| | 04/18/2022 | $26.40 | 889,575 | | 05/16/2022 | $6.32 | 891,258 |
| | 05/16/2022 | $26.82 | 891,258 | | 06/20/2022 | $26.82 | 892,961 |
| | 07/18/2022 | $26.82 | 894,643 | | 07/18/2022 | $6.35 | 894,643 |
| | 08/15/2022 | $26.82 | 896,230 | | 09/19/2022 | $6.37 | 897,840 |
| | 09/19/2022 | $26.82 | 897,840 | | 10/17/2022 | $26.82 | 899,491 |
| | 11/14/2022 | $6.36 | 901,063 | | 11/14/2022 | $26.81 | 901,063 |
| | 12/12/2022 | $26.27 | 902,607 | | 01/09/2023 | $6.23 | 904,108 |
| | 01/09/2023 | $26.26 | 904,108 | | 02/13/2023 | $26.26 | 905,648 |
| | 03/13/2023 | $26.27 | 907,252 | | 03/13/2023 | $6.23 | 907,252 |
| | 04/17/2023 | $26.26 | 908,865 | | 05/15/2023 | $6.23 | 910,450 |
| | 05/15/2023 | $26.26 | 910,450 | | 06/12/2023 | $26.27 | 911,929 |
| | 07/17/2023 | $9.28 | 913,450 | | 07/17/2023 | $51.97 | 913,450 |
| | 08/14/2023 | $26.00 | 914,966 | | 09/18/2023 | $25.97 | 916,464 |
| | 09/18/2023 | $6.16 | 916,464 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/16/2021 | $8.20 | 875,972 | | 09/20/2021 | $11.04 | 877,723 |
| | 10/18/2021 | $11.05 | 879,469 | | 11/17/2021 | $11.04 | 881,183 |
| | 12/13/2021 | $11.16 | 882,807 | | 01/10/2022 | $11.16 | 884,453 |
| | 02/14/2022 | $11.15 | 886,162 | | 03/14/2022 | $11.17 | 887,861 |
| | 04/18/2022 | $11.16 | 889,598 | | 05/16/2022 | $11.34 | 891,284 |
| | 06/20/2022 | $11.33 | 892,985 | | 07/18/2022 | $11.33 | 894,664 |
| | 08/15/2022 | $11.34 | 896,252 | | 09/19/2022 | $11.34 | 897,863 |
| | 10/17/2022 | $11.34 | 899,514 | | 11/14/2022 | $11.33 | 901,082 |
| | 12/12/2022 | $11.10 | 902,629 | | 01/09/2023 | $11.11 | 904,128 |
| | 02/13/2023 | $11.09 | 905,669 | | 03/13/2023 | $11.11 | 907,272 |
| | 04/17/2023 | $11.09 | 908,885 | | 05/15/2023 | $11.10 | 910,467 |
| | 06/12/2023 | $11.11 | 911,947 | | 07/17/2023 | $21.97 | 913,469 |
| | 08/14/2023 | $10.98 | 914,984 | | 09/18/2023 | $10.99 | 916,481 |
| ONEMAIN | | | | | | | |
| | 08/16/2021 | $69.07 | 875,153 | | 09/20/2021 | $92.99 | 876,873 |

**Chapter 13 Case # 20-20647**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 08/16/2021 | $27.44 | 8,002,383 | 08/16/2021 | $11.82 | 8,002,383 |
| | 08/16/2021 | $23.42 | 8,002,383 | 09/20/2021 | $36.94 | 8,002,432 |
| | 09/20/2021 | $5.07 | 8,002,432 | 09/20/2021 | $10.91 | 8,002,432 |
| | 09/20/2021 | $15.91 | 8,002,432 | 09/20/2021 | $31.54 | 8,002,432 |
| | 10/18/2021 | $36.95 | 8,002,481 | 10/18/2021 | $92.99 | 8,002,481 |
| | 10/18/2021 | $6.27 | 8,002,481 | 10/18/2021 | $15.92 | 8,002,481 |
| | 10/18/2021 | $31.54 | 8,002,481 | 11/17/2021 | $36.94 | 8,002,529 |
| | 11/17/2021 | $93.00 | 8,002,529 | 11/17/2021 | $5.84 | 8,002,529 |
| | 11/17/2021 | $6.25 | 8,002,529 | 11/17/2021 | $15.92 | 8,002,529 |
| | 11/17/2021 | $31.54 | 8,002,529 | 12/13/2021 | $37.34 | 8,002,581 |
| | 12/13/2021 | $93.98 | 8,002,581 | 12/13/2021 | $6.33 | 8,002,581 |
| | 12/13/2021 | $16.08 | 8,002,581 | 12/13/2021 | $31.88 | 8,002,581 |
| | 01/10/2022 | $37.33 | 8,002,633 | 01/10/2022 | $6.33 | 8,002,633 |
| | 01/10/2022 | $16.08 | 8,002,633 | 01/10/2022 | $31.87 | 8,002,633 |
| | 01/10/2022 | $93.97 | 8,002,633 | 01/10/2022 | $5.88 | 8,002,633 |
| | 02/14/2022 | $37.35 | 8,002,683 | 02/14/2022 | $16.09 | 8,002,683 |
| | 02/14/2022 | $31.87 | 8,002,683 | 02/14/2022 | $94.00 | 8,002,683 |
| | 02/14/2022 | $6.32 | 8,002,683 | 03/14/2022 | $37.33 | 8,002,741 |
| | 03/14/2022 | $16.08 | 8,002,741 | 03/14/2022 | $31.89 | 8,002,741 |
| | 03/14/2022 | $93.96 | 8,002,741 | 03/14/2022 | $5.89 | 8,002,741 |
| | 03/14/2022 | $6.34 | 8,002,741 | 04/18/2022 | $37.34 | 8,002,785 |
| | 04/18/2022 | $93.99 | 8,002,785 | 04/18/2022 | $6.32 | 8,002,785 |
| | 04/18/2022 | $16.09 | 8,002,785 | 04/18/2022 | $31.86 | 8,002,785 |
| | 05/16/2022 | $37.93 | 8,002,843 | 05/16/2022 | $95.47 | 8,002,843 |
| | 05/16/2022 | $5.94 | 8,002,843 | 05/16/2022 | $6.43 | 8,002,843 |
| | 05/16/2022 | $16.33 | 8,002,843 | 05/16/2022 | $32.38 | 8,002,843 |
| | 06/20/2022 | $95.46 | 8,002,892 | 06/20/2022 | $6.42 | 8,002,892 |
| | 06/20/2022 | $37.92 | 8,002,892 | 06/20/2022 | $16.35 | 8,002,892 |
| | 06/20/2022 | $32.37 | 8,002,892 | 07/18/2022 | $37.93 | 8,002,950 |
| | 07/18/2022 | $95.47 | 8,002,950 | 07/18/2022 | $5.99 | 8,002,950 |
| | 07/18/2022 | $6.43 | 8,002,950 | 07/18/2022 | $16.33 | 8,002,950 |
| | 07/18/2022 | $32.38 | 8,002,950 | 08/15/2022 | $95.46 | 8,002,997 |
| | 08/15/2022 | $6.43 | 8,002,997 | 08/15/2022 | $37.93 | 8,002,997 |
| | 08/15/2022 | $16.34 | 8,002,997 | 08/15/2022 | $32.38 | 8,002,997 |
| | 09/19/2022 | $37.93 | 8,003,048 | 09/19/2022 | $95.47 | 8,003,048 |
| | 09/19/2022 | $5.97 | 8,003,048 | 09/19/2022 | $6.43 | 8,003,048 |
| | 09/19/2022 | $16.34 | 8,003,048 | 09/19/2022 | $32.38 | 8,003,048 |
| | 10/17/2022 | $37.92 | 8,003,103 | 10/17/2022 | $16.34 | 8,003,103 |
| | 10/17/2022 | $32.37 | 8,003,103 | 10/17/2022 | $95.46 | 8,003,103 |
| | 10/17/2022 | $6.42 | 8,003,103 | 11/14/2022 | $37.93 | 8,003,148 |
| | 11/14/2022 | $95.47 | 8,003,148 | 11/14/2022 | $5.99 | 8,003,148 |
| | 11/14/2022 | $6.43 | 8,003,148 | 11/14/2022 | $16.33 | 8,003,148 |
| | 11/14/2022 | $32.38 | 8,003,148 | 12/12/2022 | $37.14 | 8,003,201 |
| | 12/12/2022 | $93.48 | 8,003,201 | 12/12/2022 | $6.30 | 8,003,201 |
| | 12/12/2022 | $16.00 | 8,003,201 | 12/12/2022 | $31.71 | 8,003,201 |
| | 01/09/2023 | $16.00 | 8,003,257 | 01/09/2023 | $31.70 | 8,003,257 |
| | 01/09/2023 | $6.29 | 8,003,257 | 01/09/2023 | $93.49 | 8,003,257 |
| | 01/09/2023 | $5.86 | 8,003,257 | 01/09/2023 | $37.14 | 8,003,257 |
| | 02/13/2023 | $37.14 | 8,003,309 | 02/13/2023 | $93.47 | 8,003,309 |
| | 02/13/2023 | $6.30 | 8,003,309 | 02/13/2023 | $16.00 | 8,003,309 |
| | 02/13/2023 | $31.70 | 8,003,309 | 03/13/2023 | $37.12 | 8,003,367 |
| | 03/13/2023 | $16.00 | 8,003,367 | 03/13/2023 | $31.71 | 8,003,367 |
| | 03/13/2023 | $93.50 | 8,003,367 | 03/13/2023 | $5.86 | 8,003,367 |
| | 03/13/2023 | $6.29 | 8,003,367 | 04/17/2023 | $37.16 | 8,003,414 |
| | 04/17/2023 | $16.00 | 8,003,414 | 04/17/2023 | $31.71 | 8,003,414 |
| | 04/17/2023 | $93.49 | 8,003,414 | 04/17/2023 | $6.29 | 8,003,414 |
| | 05/15/2023 | $16.00 | 8,003,472 | 05/15/2023 | $31.70 | 8,003,472 |
| | 05/15/2023 | $93.47 | 8,003,472 | 05/15/2023 | $5.86 | 8,003,472 |
| | 05/15/2023 | $6.30 | 8,003,472 | 05/15/2023 | $37.14 | 8,003,472 |
| | 06/12/2023 | $93.50 | 8,003,529 | 06/12/2023 | $6.29 | 8,003,529 |
| | 06/12/2023 | $37.14 | 8,003,529 | 06/12/2023 | $16.00 | 8,003,529 |

Chapter 13 Case # 20-20647

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/12/2023 | $31.71 | 8,003,529 | | 07/17/2023 | $73.50 | 8,003,582 |
| | 07/17/2023 | $12.46 | 8,003,582 | | 07/17/2023 | $31.66 | 8,003,582 |
| | 07/17/2023 | $62.75 | 8,003,582 | | 07/17/2023 | $184.99 | 8,003,582 |
| | 07/17/2023 | $8.72 | 8,003,582 | | 08/14/2023 | $15.83 | 8,003,637 |
| | 08/14/2023 | $31.37 | 8,003,637 | | 08/14/2023 | $92.51 | 8,003,637 |
| | 08/14/2023 | $6.23 | 8,003,637 | | 08/14/2023 | $36.75 | 8,003,637 |
| | 09/18/2023 | $36.75 | 8,003,690 | | 09/18/2023 | $92.50 | 8,003,690 |
| | 09/18/2023 | $5.80 | 8,003,690 | | 09/18/2023 | $6.22 | 8,003,690 |
| | 09/18/2023 | $15.83 | 8,003,690 | | 09/18/2023 | $31.37 | 8,003,690 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/16/2021 | $5.05 | 875,516 | | 08/16/2021 | $14.63 | 875,516 |
| | 09/20/2021 | $6.80 | 877,239 | | 09/20/2021 | $19.70 | 877,239 |
| | 10/18/2021 | $6.79 | 879,023 | | 10/18/2021 | $19.68 | 879,023 |
| | 11/17/2021 | $6.80 | 880,722 | | 11/17/2021 | $19.71 | 880,722 |
| | 12/13/2021 | $6.87 | 882,352 | | 12/13/2021 | $19.91 | 882,352 |
| | 01/10/2022 | $6.87 | 884,011 | | 01/10/2022 | $19.90 | 884,011 |
| | 02/14/2022 | $6.87 | 885,693 | | 02/14/2022 | $19.91 | 885,693 |
| | 03/14/2022 | $6.88 | 887,405 | | 03/14/2022 | $19.90 | 887,405 |
| | 04/18/2022 | $6.87 | 889,084 | | 04/18/2022 | $19.90 | 889,084 |
| | 05/16/2022 | $6.97 | 890,810 | | 05/16/2022 | $20.23 | 890,810 |
| | 06/20/2022 | $6.97 | 892,475 | | 06/20/2022 | $20.22 | 892,475 |
| | 07/18/2022 | $6.98 | 894,214 | | 07/18/2022 | $20.22 | 894,214 |
| | 08/15/2022 | $6.98 | 895,775 | | 08/15/2022 | $20.22 | 895,775 |
| | 09/19/2022 | $6.98 | 897,371 | | 09/19/2022 | $20.22 | 897,371 |
| | 10/17/2022 | $6.98 | 899,036 | | 10/17/2022 | $20.21 | 899,036 |
| | 11/14/2022 | $6.98 | 900,609 | | 11/14/2022 | $20.23 | 900,609 |
| | 12/12/2022 | $6.84 | 902,177 | | 12/12/2022 | $19.80 | 902,177 |
| | 01/09/2023 | $6.82 | 903,663 | | 01/09/2023 | $19.81 | 903,663 |
| | 02/13/2023 | $6.84 | 905,169 | | 02/13/2023 | $19.79 | 905,169 |
| | 03/13/2023 | $6.83 | 906,788 | | 03/13/2023 | $19.80 | 906,788 |
| | 04/17/2023 | $6.84 | 8,003,428 | | 04/17/2023 | $19.80 | 8,003,428 |
| | 05/15/2023 | $6.83 | 8,003,479 | | 05/15/2023 | $19.81 | 8,003,479 |
| | 06/12/2023 | $6.84 | 8,003,537 | | 06/12/2023 | $19.80 | 8,003,537 |
| | 07/17/2023 | $13.52 | 8,003,594 | | 07/17/2023 | $39.18 | 8,003,594 |
| | 08/14/2023 | $6.76 | 8,003,649 | | 08/14/2023 | $19.59 | 8,003,649 |
| | 09/18/2023 | $6.77 | 8,003,703 | | 09/18/2023 | $19.60 | 8,003,703 |
| QUICKEN LOANS INC | | | | | | | |
| | 07/19/2021 | $27.26 | 874,484 | | 08/16/2021 | $83.43 | 876,194 |
| TD BANK USA NA | | | | | | | |
| | 01/10/2022 | $5.29 | 884,978 | | 07/18/2022 | $5.59 | 895,165 |
| | 01/09/2023 | $5.61 | 904,603 | | 07/17/2023 | $6.42 | 913,952 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 10/18/2021 | $5.44 | 878,881 | | 01/10/2022 | $5.98 | 883,880 |
| | 04/18/2022 | $6.02 | 888,938 | | 07/18/2022 | $6.10 | 894,092 |
| | 10/17/2022 | $6.10 | 898,919 | | 01/09/2023 | $6.03 | 903,549 |
| | 04/17/2023 | $5.97 | 908,233 | | 07/17/2023 | $7.93 | 912,850 |
| VIVE FINANCIAL | | | | | | | |
| | 11/17/2021 | $5.20 | 880,683 | | 03/14/2022 | $5.60 | 887,379 |
| | 07/18/2022 | $5.67 | 894,186 | | 11/14/2022 | $5.70 | 900,575 |
| | 03/13/2023 | $5.58 | 906,751 | | 07/17/2023 | $6.95 | 912,927 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 786.69 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,850.00 | 100.00% | 2,850.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 638.62 | * | 177.32 | |

**Chapter 13 Case # 20-20647**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|--------------:|:------------------:|-----:|-----------------:|
| 0002 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 2,052.56 | * | 569.92 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,592.24 | * | 997.43 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 660.96 | * | 183.53 | |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 1,915.15 | * | 531.77 | |
| 0010 | LVNV FUNDING LLC | UNSECURED | 1,073.69 | * | 298.13 | |
| 0012 | DISCOVER BANK | UNSECURED | 804.45 | * | 223.36 | |
| 0013 | VIVE FINANCIAL | UNSECURED | 134.89 | * | 34.70 | |
| 0015 | HSBC BANK USA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HACKENSACK MERIDIAN HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CITIBANK NA | UNSECURED | 266.49 | * | 73.99 | |
| 0019 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 301.27 | * | 83.65 | |
| 0020 | LENDING CLUB CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MERRICK BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | FAIR SQUARE FINANCIAL LLC | UNSECURED | 367.46 | * | 102.03 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,041.95 | * | 2,510.61 | |
| 0027 | QUICKEN LOANS INC | MORTGAGE ARRI | 110.69 | 100.00% | 110.69 | |
| 0028 | U.S. DEPARTMENT OF HUD | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 283.32 | * | 78.67 | |
| 0032 | TD BANK USA NA | UNSECURED | 89.10 | * | 22.91 | |
| 0034 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.77 | * | 169.03 | |
| 0038 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 575.47 | * | 159.78 | |
| 0039 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 304.04 | * | 84.42 | |
| 0040 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,099.24 | * | 305.22 | |
| 0041 | COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | COMENITY CAPITAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | CITIBANK NA | UNSECURED | 376.06 | * | 104.41 | |
| 0044 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,540.20 | * | 705.31 | |
| 0045 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,547.46 | * | 429.67 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,066.59 | * | 851.48 | |
| 0048 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 192.74 | * | 49.57 | |

**Total Paid:  $12,494.29**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $13,455.00          -     Paid to Claims: $8,857.60     -     Admin Costs Paid: $3,636.69   =   Funds on Hand: $960.71

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.