Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20647−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Austin Masser
aka Austin L. Masser, aka Austin Masser Jr., aka Austin L. Masser Sr., aka Austin L. Masser Jr., aka Austin Lewis Masser
54 Garretson Avenue
Totowa, NJ 07512

Joann Masser
fka Joann Kozlowski
54 Garretson Avenue
Totowa, NJ 07512

Social Security No.:
xxx−xx−7419        xxx−xx−1462

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       3/21/24
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney,
period: 6/2/2023 to 1/3/2024

COMMISSION OR FEES
$3,722.50,

EXPENSES
$691.74.

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 16, 2024
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20647-VFP |
| Austin Masser | Chapter 13 |
| Joann Masser | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 16, 2024 | Form ID: 137 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Austin Masser, Joann Masser, 54 Garretson Avenue, Totowa, NJ 07512-2469 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518958713 | | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518958720 | + | Hackensack Meridian Health, 60 Second Street, 4th Fl., Hackensack, NJ 07601-2050 |
| 518958728 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 518960185 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 21:12:02 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518958708 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 21:11:57 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518982856 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 21:01:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518958709 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 16 2024 20:53:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 518958710 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:12:15 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 518958711 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 21:12:16 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518968829 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 21:00:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518987240 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 21:12:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518958712 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 21:22:26 | Capital One, N.A., 1680 Capital 1 Drive, McLean, VA 22102-3407 |
| 518958714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:12:15 | Citibank, N.A., 399 Park Avenue, New York, NY 10022-4614 |
| 519023420 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:12:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 20-20647-VFP    Doc 40    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 137 | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | | SD 57108-5027 |
| 518958715 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2024 20:53:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518958716 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2024 20:53:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Colombus, OH 43218-3043 |
| 518958718 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2024 21:00:34 | Credit One Bank, N.A., 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 518958717 | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2024 21:00:59 | Credit One Bank, N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 518958719 | Email/Text: mrdiscen@discover.com | Feb 16 2024 20:52:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 518964680 | Email/Text: mrdiscen@discover.com | Feb 16 2024 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518992563 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2024 21:01:30 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518958723 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 16 2024 20:52:00 | HSBC, 452 Fifth Avenue, New York, NY 10018-2790 |
| 518958724 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 16 2024 20:52:00 | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 518958722 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 21:01:03 | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 518958725 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 16 2024 20:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519026817 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2024 20:52:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 518958726 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2024 20:52:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519025629 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:00:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518958727 | + Email/Text: Documentfiling@lciinc.com | Feb 16 2024 20:52:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 518958729 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2024 21:00:57 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518964289 | Email/PDF: cbp@omf.com | Feb 16 2024 21:01:34 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518958731 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 16 2024 21:00:26 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 518958732 | Email/PDF: cbp@omf.com | Feb 16 2024 21:00:59 | OneMain, PO Box 3327, Evansville, IN 47732-3327 |
| 518958733 | + Email/PDF: cbp@omf.com | Feb 16 2024 21:01:26 | OneMain Financial, 601 NW Second St., Evansville, IN 47708-1013 |
| 519309700 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 21:01:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519309701 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 21:12:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519026332 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 21:00:29 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519018455 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 21:12:16 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA |

Case 20-20647-VFP  Doc 40  Filed 02/18/24  Entered 02/19/24 00:15:33  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 137 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | | 23541 |
| 519026335 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 16 2024 21:00:59 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519026293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 16 2024 21:11:56 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519024047 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 16 2024 20:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519024048 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 16 2024 20:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518958734 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Feb 16 2024 20:53:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519020912 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Feb 16 2024 20:53:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518958730 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Feb 16 2024 20:52:00 | New Jersey Division of Taxation, Compliance/Enforcement, Bankruptcy Unit, 50 Barrack Street, 9th Fl., PO Box 245, Trenton, NJ 08695-0267 |
| 518958735 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Feb 16 2024 21:00:30 | Secretary of Housing and, Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 518958736 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 16 2024 21:12:17 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518958737 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 16 2024 21:00:28 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519014788 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 16 2024 20:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518958739 | ^ | MEBN | | |
| | | | Feb 16 2024 20:51:05 | TD Bank USA, N.A., 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 518958738 | | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 16 2024 20:53:00 | Target Card Services, PO Box 1581, Minneapolis, MN 55440-1581 |
| 519112733 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Feb 16 2024 21:00:30 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518958740 | + | Email/Text: edbknotices@ecmc.org | | |
| | | | Feb 16 2024 20:52:00 | US Department of Education, 400 Maryland Avenue, SW, Washington, D.C. 20202-0001 |
| 518958721 | | Email/Text: bankruptcynotices@vivecard.com | | |
| | | | Feb 16 2024 20:52:00 | HC Credit, 380 W Data Dr Suite 200, Draper, UT 84020-2308 |
| 518965299 | | Email/Text: bankruptcynotices@vivecard.com | | |
| | | | Feb 16 2024 20:52:00 | Vive Financial, 380 Data Drive, Suite #200, Draper UT, 84020 |
| 519022007 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 16 2024 21:12:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 20-20647-VFP    Doc 40    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 137 | Total Noticed: 61 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Austin Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| David L. Stevens | on behalf of Joint Debtor Joann Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6