| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br>SCURA, WIGFIELD, HEYER<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>Paul S. Evangelista, Esq.<br>pevangelista@scura.com<br>*Counsel to Debtors* | Order Filed on April 9, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AUSTIN MASSER AND JOANN MASSER,<br><br>Debtors. | Case No.: 20-20647-VFP<br><br>Chapter 13<br><br>Judge: Honorable Vincent F. Papalia<br><br>Hearing Date and Time:<br>February 1, 2024 at 10:00 am |

## ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following pages, numbered two through three, is hereby **ORDERED**.

**DATED: April 9, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Document      Page 2 of 3

(Page 2)
Debtors: Austin Masser and Joann Masser
Case No.: 20-20647-VFP
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

Upon reviewing the motion of the Debtors Austin Masser and Joann Masser (the "Debtors"), by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order approving the settlement between the Joint Debtor, Joann Masser, and New Jersey Sports & Exposition Authority, its employees, agents and representatives (the "Defendants"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, exhibits, any objections thereto, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and her estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. Pursuant to Fed. R. Bankr. P. 9019, the Order Approving Settlement With Dismissal ("Settlement Order"), annexed to the Certification of Special Counsel as Exhibit "A", and the transactions represented thereby are hereby approved in all respects

3. The parties to the Settlement Order are hereby authorized and directed to enter and execute any and all other documents necessary to effectuate the Settlement Order.

4. The Debtors shall receive $135,000.00 to dismiss the claims against Defendants.

5. The Debtors will receive the net amount from the $135,000.00 settlement after special counsel fees, administrative expenses, and other expenses, including as much as 20% ($27,000 maximum) for attorneys' fees related to the workers compensation claim.

6. Within the later of ten days from entry of this order or receipt of settlement funds, the Debtor shall remit $12,500 to the Standing Chapter 13 Trustee as an additional contribution to their confirmed

Chapter 13 Plan.

7. This Court shall retain jurisdiction of this matter for the purpose of enforcing this Order or to take such other action as the Court deems necessary, consistent with the Settlement Order