| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>Paul S. Evangelista, Esq.<br>pevangelista@scura.com<br>*Counsel to Debtors* | Order Filed on April 9, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>AUSTIN MASSER AND JOANN MASSER,<br><br>Debtors. | Case No.: 20-20647-VFP<br><br>Chapter 13<br><br>Judge: Honorable Vincent F. Papalia<br><br>Hearing Date and Time:<br>February 1, 2024 at 10:00 am |

## ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following pages, numbered two through three, is hereby **ORDERED**.

**DATED: April 9, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtors: Austin Masser and Joann Masser
Case No.: 20-20647-VFP
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

Upon reviewing the motion of the Debtors Austin Masser and Joann Masser (the "Debtors"), by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order approving the settlement between the Joint Debtor, Joann Masser, and New Jersey Sports & Exposition Authority, its employees, agents and representatives (the "Defendants"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the moving papers, exhibits, any objections thereto, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and her estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. Pursuant to Fed. R. Bankr. P. 9019, the Order Approving Settlement With Dismissal ("Settlement Order"), annexed to the Certification of Special Counsel as Exhibit "A", and the transactions represented thereby are hereby approved in all respects

3. The parties to the Settlement Order are hereby authorized and directed to enter and execute any and all other documents necessary to effectuate the Settlement Order.

4. The Debtors shall receive $135,000.00 to dismiss the claims against Defendants.

5. The Debtors will receive the net amount from the $135,000.00 settlement after special counsel fees, administrative expenses, and other expenses, including as much as 20% ($27,000 maximum) for attorneys' fees related to the workers compensation claim.

6. Within the later of ten days from entry of this order or receipt of settlement funds, the Debtor shall remit $12,500 to the Standing Chapter 13 Trustee as an additional contribution to their confirmed

Chapter 13 Plan.

7. This Court shall retain jurisdiction of this matter for the purpose of enforcing this Order or to take such other action as the Court deems necessary, consistent with the Settlement Order

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-20647-VFP
Austin Masser                                                                                   Chapter 13
Joann Masser
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                 User: admin                 Page 1 of 2
Date Rcvd: Apr 09, 2024           Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Austin Masser, Joann Masser, 54 Garretson Avenue, Totowa, NJ 07512-2469 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Austin Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| David L. Stevens | on behalf of Joint Debtor Joann Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6