UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Austin Masser

Case No.: <u>20-20647</u>

Chapter: <u>13</u>

Judge: <u>VFP</u>

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, <u>Austin Masser</u>, debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: <u>06/05/2024</u>

/s/Austin Masser

Debtor's Signature

**IMPORTANT**:

• **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

• **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Joann Masser

Case No.:    20-20647

Chapter:    13

Judge:    VFP

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Joann Masser                                    , debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid
   in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts
   payable under court order or statute that were due on or before the date of this
   certification.

I certify under penalty of perjury that the above is true.

Date: 06/05/2024                        /s/Joann Masser
                                        Debtor's Signature

**IMPORTANT:**

• **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

• **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*