| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Austin Masser**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7419<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Joann Masser**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1462<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  20–20647–VFP | | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Austin Masser
aka Austin L. Masser, aka Austin Masser Jr., aka Austin L. Masser Sr., aka Austin L. Masser Jr., aka Austin Lewis Masser

Joann Masser
fka Joann Kozlowski

7/23/24

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-20647-VFP
Austin Masser  Chapter 13
Joann Masser
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Jul 23, 2024     Form ID: 3180W     Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Austin Masser, Joann Masser, 54 Garretson Avenue, Totowa, NJ 07512-2469 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518958720 | + | Hackensack Meridian Health, 60 Second Street, 4th Fl., Hackensack, NJ 07601-2050 |
| 518958728 | + | Liberty Savings FCU, 666 Newark Avenue, Jersey City, NJ 07306-2398 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jul 24 2024 00:39:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518958708 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 20:58:17 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518982856 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 20:57:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518958709 | + | EDI: TSYS2 | Jul 24 2024 00:39:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 518958710 | + | EDI: CITICORP | Jul 24 2024 00:39:00 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 518958711 | | EDI: CAPITALONE.COM | Jul 24 2024 00:39:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518968829 | + | EDI: AIS.COM | Jul 24 2024 00:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518987240 | + | EDI: AIS.COM | Jul 24 2024 00:39:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518958712 | + | EDI: CAPITALONE.COM | Jul 24 2024 00:39:00 | Capital One, N.A., 1680 Capital 1 Drive, McLean, VA 22102-3407 |
| 518958713 | ^ | MEBN | Jul 23 2024 20:51:24 | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, Suite 208, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518958714 | + | EDI: CITICORP | Jul 24 2024 00:39:00 | Citibank, N.A., 399 Park Avenue, New York, NY 10022-4614 |

Case 20-20647-VFP   Doc 56   Filed 07/25/24   Entered 07/26/24 00:17:35   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 3180W | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| 519023420 | EDI: CITICORP | Jul 24 2024 00:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518958715 | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518958716 | EDI: WFNNB.COM | Jul 24 2024 00:39:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Colombus, OH 43218-3043 |
| 518958718 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 23 2024 20:56:37 | Credit One Bank, N.A., 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 518958717 | Email/PDF: creditonebknotifications@resurgent.com | Jul 23 2024 20:56:36 | Credit One Bank, N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 518958719 | EDI: DISCOVER | Jul 24 2024 00:39:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 518964680 | EDI: DISCOVER | Jul 24 2024 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518992563 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2024 21:08:43 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518958723 | + EDI: HFC.COM | Jul 24 2024 00:39:00 | HSBC, 452 Fifth Avenue, New York, NY 10018-2790 |
| 518958724 | + EDI: HFC.COM | Jul 24 2024 00:39:00 | HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240-2013 |
| 518958720 | + Email/Text: HUMCBankruptcy@hmhn.org | Jul 23 2024 20:49:00 | Hackensack Meridian Health, 60 Second Street, 4th Fl., Hackensack, NJ 07601-2050 |
| 518958722 | + EDI: CITICORP | Jul 24 2024 00:39:00 | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 518958725 | EDI: IRS.COM | Jul 24 2024 00:39:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519026817 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 23 2024 20:48:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 518958726 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 23 2024 20:48:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519025629 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 20:57:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518958727 | + EDI: LENDNGCLUB | Jul 24 2024 00:39:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 518958729 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2024 20:58:17 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518964289 | EDI: AGFINANCE.COM | Jul 24 2024 00:39:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518958731 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2024 20:58:03 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 518958732 | EDI: AGFINANCE.COM | Jul 24 2024 00:39:00 | OneMain, PO Box 3327, Evansville, IN 47732-3327 |
| 518958733 | + EDI: AGFINANCE.COM | Jul 24 2024 00:39:00 | OneMain Financial, 601 NW Second St., Evansville, IN 47708-1013 |
| 519309700 | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519309701 | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519026332 | EDI: PRA.COM | | |

Case 20-20647-VFP    Doc 56    Filed 07/25/24    Entered 07/26/24 00:17:35    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 3180W | Total Noticed: 61 |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 519018455 | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519026335 | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519026293 | EDI: PRA.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519024047 | EDI: Q3G.COM | Jul 24 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519024048 | EDI: Q3G.COM | Jul 24 2024 00:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518958734 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 24 2024 00:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519020912 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 23 2024 20:50:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518958730 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 23 2024 20:50:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518958735 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 23 2024 20:48:00 | New Jersey Division of Taxation, Compliance/Enforcement, Bankruptcy Unit, 50 Barrack Street, 9th Fl., PO Box 245, Trenton, NJ 08695-0267 |
| 518958736 | EDI: SYNC | Jul 23 2024 20:56:21 | Secretary of Housing and, Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 518958737 | EDI: SYNC | Jul 24 2024 00:39:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518960185 | ^ MEBN | Jul 24 2024 00:39:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519014788 | + Email/Text: bncmail@w-legal.com | Jul 23 2024 20:51:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518958739 | ^ MEBN | Jul 23 2024 20:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518958738 | EDI: WTRRNBANK.COM | Jul 23 2024 20:51:12 | TD Bank USA, N.A., 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519112733 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 24 2024 00:39:00 | Target Card Services, PO Box 1581, Minneapolis, MN 55440-1581 |
| 518958740 | + Email/Text: edbknotices@ecmc.org | Jul 23 2024 20:56:21 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518958721 | Email/Text: bankruptcynotices@vivecard.com | Jul 23 2024 20:49:00 | US Department of Education, 400 Maryland Avenue, SW, Washington, D.C. 20202-0001 |
| 518965299 | Email/Text: bankruptcynotices@vivecard.com | Jul 23 2024 20:48:00 | HC Credit, 380 W Data Dr Suite 200, Draper, UT 84020-2308 |
| 519022007 | + EDI: AIS.COM | Jul 23 2024 20:48:00 | Vive Financial, 380 Data Drive, Suite #200, Draper UT, 84020 |
| | | Jul 24 2024 00:39:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 58

# BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 3180W | Total Noticed: 61 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Austin Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| David L. Stevens | on behalf of Joint Debtor Joann Masser dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6