Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−20647−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Austin Masser
aka Austin L. Masser, aka Austin Masser Jr., aka Austin L. Masser Sr., aka Austin L. Masser Jr., aka Austin Lewis Masser
54 Garretson Avenue
Totowa, NJ 07512

Joann Masser
fka Joann Kozlowski
54 Garretson Avenue
Totowa, NJ 07512

Social Security No.:
xxx−xx−7419                    xxx−xx−1462

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 23, 2024

Vincent F. Papalia
Judge, United States Bankruptcy Court